## Dinkelacher et ux., Appellants, *v.* Mayer.

Argued June 14, 1971. *William R. Bernhart,* with him *Austin, Speicher, Boland, Connon & Giorgi,* for appellants; *Robert I. Cottom,* with him *Matten and Cottom,* for appellee.

Judgment affirmed.

## Egan *v.* Egan, Appellant.

Argued June 15, 1971. *Melvin E. Caine,* with him *Caine, DiPasqua, Edelson & Patterson,* for appellant; *Arthur Levy,* with him *Levy and Levy,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.